UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                               PROCEEDING UNDER CHAPTER 13
Guillermo Enrique Salas                              CASE NO.: 20-22687-BKC-LMI

_____ **DEBTOR(S)** /

## MOTION TO PAYOFF CONFIRMED CHAPTER 13 PLAN

**COMES NOW**, the Debtor, Guillermo Enrique Salas, by and through the undersigned counsel and files this Motion to Payoff Chapter 13 Plan and states as follows:

1. Debtor filed for Chapter 13 bankruptcy relief on November 19, 2020.
2. Debtor's Chapter 13 Plan was confirmed on March 10, 2021.
3. That according to official form 122C-1, no disposable income was determined at the time of filing and the applicable commitment period is 3 years.
4. That the debtor is currently in month 36 of this Bankruptcy case.
5. The Debtor wishes to Pay-off the balance due in the plan.
6. Funds to pay off the remaining balance owed under the confirmed chapter 13 plan in the amount of $4,130.00 are being gifted by the debtor's brother. Attached please find affidavit provided by debtor's brother. (Exhibit A)

**WHEREFORE**, the Debtor, Guillermo Enrique Salas, respectfully requests to this Honorable Court that this Motion to Payoff Chapter 13 Plan be GRANTED.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Law Offices of Patrick L. Cordero, Esq
Attorney for Debtor(s)
7333 Coral Way
Miami, FL 33155
Tel: (305) 445-4855

/s/ (FILED ECF)            .
Patrick L. Cordero, Esq.
FL Bar No. 801992



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CASE NO.: 20-22687-BKC-LMI
Guillermo Enrique Salas                             CHAPTER 13

_____**DEBTOR(S)**_____/

**AFFIDAVIT OF GIFT**

I, __Luis Salas__, do certify to the following:

1) I have made a gift of $ __4,130.00__ to the debtor(s).

2) My relationship to the debtor(s) is __brother__.

3) This gift is to be applied toward __Ch. 13 Bankruptcy Payoff__

4) No repayment of the gift is expected or implied in the form of cash or by future services of the recipient.

5) The funds given to the debtor(s) were not available to the donor from any person or entity, including the debtor(s), or from an interest in any asset of the debtor.

6) The source of the gift is __checking acct.__. The Trustee has been provided with proof of the source of payment and transfer of funds.

_____        __Luis Salas__
Donor's Signature                    Donor's Name

__12788 SW 229th Street__            __786 263 2886__
Donor's Address                      Donor's Telephone Number

WARNING: Your Signature above indicate that you fully understand that it is a Federal Crime punishable by fine, imprisonment, or both to knowingly make any false statement concerning any of the above facts as applicable under the provisions of Title 18, United States Code Section 1012 and 1014.

STATE OF FLORIDA COUNTY OF __Miami-Dade__

The foregoing instrument was acknowledged before me this __23__ day of __October__ of 20__23__, by _____.

(Seal)

DANIELA RODRIGUEZ-VALENCIA
MY COMMISSION # HH 305558
EXPIRES: August 28, 2028

_____
Signature of Notary Public
__Daniela Rodriguez-Valencia__
Print, Type/Stamp Name of Notary

Personally Known: ✗
OR Produced Identification: _____
Type of Identification Produced: _____